UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| A.S.M, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 26 C 5381 |
| | ) | |
| TODD LYONS, Acting Director of U.S. | ) | |
| Immigration and Customs Enforcement et. al., | ) | Judge Durkin |
| | ) | |
| Defendants. | ) | |

**ORDER**

The respondent's motion to amend the emergency court's detention order entered on May 12, 2026, Dkt. 11, is hereby granted. Specifically, the court's prior order against moving the petitioner outside Indiana, Illinois, and Wisconsin is expanded to allow for petitioner to be moved to the detention facility called the South Texas ICE Processing Center, 566 Veterans Dr., Pearsall, TX 78061. This order will be subject to the stipulations agreed to by the parties in the status report filed on May 21, 2026. Dkt. 14. Specifically, respondents (1) agree to return A.S.M. to the Seventh Circuit for release should she prevail in the underlying petition; (2) accommodate communication between A.S.M. and her counsel while she is detained at the Pearsall facility; (3) refrain from further relocating A.S.M. without an additional meet and confer between the parties; (4) ensure that A.S.M. has access to appropriate medication; (5) ensure that A.S.M. will be housed in administrative segregation to ensure her safety; and (6) consent to this court's ongoing jurisdiction over this habeas petition despite the transfer.

In addition, the court will expedite resolution of this matter to minimize the health risks to A.S.M. by virtue of her detention.  Petitioner will submit her traverse by the May 26, 2026 deadline and requests this matter be set for oral argument promptly thereafter. Petitioner's counsel can be prepared for a hearing as soon as May 28, 2026.

Dated: May 21, 2026

Thomas M. Durkin
United States District Judge